# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY GUNDERSON, AN INDIVIDUAL,
Appellant,
vs.
SERIES K, WEIDNER HOLDINGS, LLC,
Respondent.

No. 79609

FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant filed a notice of withdrawal of appeal. Appellant's notice is treated as a motion for voluntary dismissal. Cause appearing, the motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Larson Zirzow & Kaplan
Flaster/Greenberg P.C.
Marquis Aurbach Coffing
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-42238